OPINION — AG — QUESTION(1): CAN THE COUNTY COMMISSIONERS PURCHASE A ROCK CRUSHER FOR THE PURPOSE OF SUPPLYING CRUSHED STONE FOR ROAD WORK DONE BY THE COUNTY? — AFFIRMATIVE, QUESTION(2): CAN THE COUNTY COMMISSIONERS SUBLEASE A ROCK CRUSHER TO A PRIVATE INDIVIDUAL FOR THE PURPOSE OF SELLING CRUSHED ROCK COMMERCIALLY, WHEN NOT BEING USED BY THE COUNTY? — NEGATIVE CITE: 69 O.S. 1961 341 [69-341] (ROBERT N. NAIFEH) ** SEE: OPINION NO. 71-371 (1971) **